UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSE A. MARTINEZ,<br><br>                Petitioner,<br><br>    v.<br><br>TIMOTHY WENGLER,<br><br>                Respondent. | Case No. C09-5270 FDB/KLS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

    Petitioner's application for leave to proceed *in forma pauperis* (Dkt. 1) is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

    The Clerk is directed to mail a copy of this Order to Petitioner.

    DATED this 15th day of June, 2009.

                                               Karen L. Strombom
                                             United States Magistrate Judge