AO 450 (Rev. 5/85) Judgment in a Civil Case  ⊕

# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOSE A. MARTINEZ                            JUDGMENT IN A CIVIL CASE

        v.

TIMOTHY WENGLER

                                      CASE NUMBER: C09-5270FDB/KLS

___     **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX     **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED


The Court adopts the Report and Recommendation; and

The petitioner (Dkt. 1) is TRANSFERRED TO THE NINTH CIRCUIT AS A SECOND OR SUCCESSIVE PETITION.


|   |   |
|---|---|
|    July 21, 2009 |    BRUCE RIFKIN |
| Date | Clerk |
|   |   |
|   |    *s/CM Gonzalez* |
|   | Deputy Clerk |